Woo Sung Ling, Respondent, v. City of New York, Appellant.— In an action by plaintiff, a pedestrian, to recover damages for the injuries he suffered as the result of being struck by a police car, there was a verdict for plaintiff. Judgment entered on the verdict unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ. [See *post,* p. 1026.]

■

James R. Marianiello, as Administrator of the Estate of Carmine G. Marianiello, Deceased, Respondent, v. Robert Bloomquist et al., Appellants. — In an action to recover damages for the death of a boy five years and one month old, killed when a clothes pole fell and struck him while he was playing in the yard of premises where he resided, the jury rendered a verdict in respondent's favor for $26,000, representing pecuniary loss, plus $1,407 special damages, making a total verdict of $27,407. Defendants appeal from the judgment entered thereon. Judgment reversed on the facts and a new trial granted, with costs to appellants to abide the event, unless within ten days after the entry of an order hereon respondent stipulate that the verdict in his favor be reduced to $18,907, in which event the judgment as so reduced is unanimously affirmed, without costs. In our opinion the verdict is excessive. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ.

■

The People of the State of New York, Respondent, v. Patsy Guariglia, Appellant.— Order of the County Court of the County of Kings, denying appellant's motion in the nature of *coram nobis* to vacate and set aside a judgment convicting him of the crime of robbery in the first degree affirmed. No opinion. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

■

The People of the State of New York, Respondent, v. Paul Jeter, Appellant.— Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting him of indecent exposure and of causing or permitting a child under sixteen years of age to be placed in a situation where her health was likely to be injured, or her morals were likely to be impaired (Penal Law, §§ 483, 1140). Judgment unanimously affirmed. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.